# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM BALLARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BENEFITFOCUS, INC., DOUG A. DENNERLINE, MATT LEVIN, ALEXANDER LERNER, A. LANHAM NAPIER, JOHN PARK, CORETHA RUSHING, STEPHEN M. SWAD, BRAD WILSON, and ZEYNEP YOUNG,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:22-cv-01640-RGA<br><br>   JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  February 14, 2023　　　　　　　　**LONG LAW, LLC**

　　　　　　　　　　　　　　　　By:　*/s/ Brian D. Long*
　　　　　　　　　　　　　　　　　　　Brian D. Long (#4347)
　　　　　　　　　　　　　　　　　　　3828 Kennett Pike, Suite 208
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19807
　　　　　　　　　　　　　　　　　　　Telephone: (302) 729-9100
　　　　　　　　　　　　　　　　　　　Email: BDLong@longlawde.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*